FILED

UNITED STATES COURT OF APPEALS

JUL 31 2023

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MARK JONES; MICHAEL MCKEE, | No.   22-35447 |
| Plaintiffs-Appellants, | |
| v. | D.C. No. 3:21-cv-05666-DGE<br>Western District of Washington,<br>Tacoma |
| FORD MOTOR COMPANY, a Delaware Corporation, | |
| Defendant-Appellee. | |
| GELLERT DORNAY; MARK JONES, | No.   22-35451 |
| Plaintiffs-Appellants, | |
| v. | D.C. No. 3:21-cv-05646-DGE<br>Western District of Washington,<br>Tacoma |
| VOLKSWAGEN GROUP OF AMERICA, INC., a New Jersey corporation, | |
| Defendant-Appellee. | |
| EVGENIY GOUSSEV; STACY RITCH, individually and on behalf of all others similarly situated, | No.   22-35454 |
| Plaintiffs-Appellants, | D.C. No. 3:21-cv-05708-DGE<br>Western District of Washington,<br>Tacoma |
| v. | |
| TOYOTA MOTOR SALES, U.S.A., INC., a California Corporation, | |
| Defendant-Appellee. | |

MICHAEL MCKEE; EVGENIY GOUSSEV,

               Plaintiffs-Appellants,

v.

GENERAL MOTORS COMPANY, a Delaware Corporation,

               Defendant-Appellee.

No.  22-35456

D.C. No. 3:21-cv-05815-DGE
Western District of Washington, Tacoma

ORDER

The motions to consolidate oral argument are GRANTED. The cases are hereby consolidated for oral argument and allocated twenty minutes per side. The parties should confer as to the allocation of the total time allotted their side.

SO ORDERED.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

2